FILED
CHARLOTTE, NC

AUG 21 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:12CR249-W |
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| CHARLOTTE ELIZABETH GARNES | ) | |
| a/k/a: Charlotte Garnes Carter | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrant and Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21st day of August, 2012

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE