IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr249-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF FORFEITURE** |
| ) | |
| CHARLOTTE ELIZABETH GARNES, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Government's Motion for Money Judgment.

THIS COURT FINDS AS FOLLOWS:

1. The Superseding Bill of Indictment (Doc. 19) in this case charged Defendant with, amongst other violations, health care fraud conspiracy in violation of 18 U.S.C. § 1349. The Superseding Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 982 and specifically contained a Grand Jury finding that there was probable cause that a forfeiture money judgment of "at least $664,247" was subject to forfeiture.

2. Defendant was convicted at trial of, amongst other offenses, the 18 U.S.C. § 1349 health care fraud conspiracy offense set forth in the Superseding Indictment. At trial, the Government introduced an exhibit establishing a proceeds amount of $664,247 billed and paid to Defendant's business, Charlotte's Insight. In addition, information on the record establishes that additional fraudulently obtained proceeds in the amount of $127,751.77 were paid to the conspirators under the billing number of co-conspirator Oriaku Hampton-Sowell, and that these additional proceeds were reasonably foreseeable to Defendant Garnes. Accordingly, the total

1

health care fraud conspiracy proceeds reasonable foreseeable to Defendant Garnes are $792,814.52.

IT IS THEREFORE ORDERED that, for purposes of Fed. R. Crim. P. 32.2 and 18 U.S.C. 982(a)(7), and based on the Superseding Indictment and Grand Jury finding of probable cause, verdict of guilt, Motion for Money Judgment, and record, the Government has established the amount of the money judgment and this Order shall constitute a money judgment for the following property:

> **A forfeiture money judgment in the amount of $792,814.52, such amount constituting the proceeds of the health care fraud conspiracy of which Defendant was found guilty.**

SO ORDERED this, the 18th day of June, 2013.

FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE